IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES LTD.,<br><br>Defendant. | CIVIL ACTION NO 2:22-cv-00063-JRG-RSP |

## DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Check Point Software Technologies Ltd. ("Check Point"), through the undersigned counsel, discloses the following: Check Point has no parent corporation and no publicly held corporation owns 10% or more of the stock of Check Point.

Dated: June 23, 2022

Respectfully submitted,

*/s/ Eric H. Findlay*
Eric H. Findlay (TX Bar No. 00789886)
FINDLAY CRAFT, P.C.
102 North College Avenue, Suite 900
Tyler, Texas 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com

Alyssa Caridis
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S Figueroa St, Ste 3200
Los Angeles, CA 90017
(650) 614-7497

Clement Seth Roberts
croberts@orrick.com

1

<div style="margin-left: 40%;">
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard St
San Francisco, CA 94105
(415) 773-5700

*Attorneys for Defendant*
*Check Point Software Technologies Ltd.*
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022 I will electronically file the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will then send notification of such filing to the attorneys of record in this case.

<div style="margin-left: 40%;">
/s/*Eric H. Findlay*
Eric H. Findlay
</div>