IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TAASERA LICENSING LLC, | § § § | Case No. 2:22-cv-00063-JRG-RSP |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD., | § § § § | |
| Defendant. | § § | |

**JOINT MOTION FOR EXTENSION OF TIME FOR
PLAINTIFF TAASERA LICENSING, LLC TO COMPLY WITH P. R. 3-1 & 3-2
(INFRINGEMENT CONTENTIONS) AND FOR DEFENDANT CHECK POINT
SOFTWARE TECHNOLOGIES LTD. TO COMPLY WITH P. R. 3-3 & 3-4
(INVALIDITY CONTENTIONS) AND STANDING ORDER REGARDING
SUBJECT-MATTER ELIGIBILITY CONTENTIONS**

Plaintiff Taasera Licensing LLC ("Taasera") and Defendant Check Point Software Technologies, Ltd. ("Check Point" or "Defendant) respectfully request an extension of time for Taasera to comply with P. R. 3-1 & 3-2 (Infringement Contentions) from July 5, 2022 up to and including **July 19, 2022** and for Defendant to comply with P. R. 3-3 & 3-4 (Invalidity Contentions) and to comply with the Standing Order Regarding Subject-Matter Eligibility Contentions from August 30, 2022 up to and including **September 27, 2022**.

The Parties do not file this Joint Motion for the purpose of delay, but rather to allow the Parties to adequately address the issues associated with the pending Contentions and in order that justice be done.

Dated: June 27, 2022                        Respectfully submitted,

                                                           /s/ *Alfred R. Fabricant*
                                                           Alfred R. Fabricant

NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-851

***ATTORNEYS FOR PLAINTIFF
TAASERA LICENSING LLC***


*/s/ Eric H. Findlay (with permission)*
Eric H. Findlay
Email:  efindlay@findlaycraft.com
State Bar No. 00789886
**FINDLAY CRAFT, P.C.**
102 North College Avenue, Suite 900
Tyler, Texas 75702
Telephone: (903) 534-1100
Facsimile: (903)-534-1137

Clement S. Roberts
Email. croberts@orrick.com
CA State Bar No. 209203
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA  94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Alyssa Caridis
Email:  acaridis@orrick.com
Jake O'Neal (Admitted *Pro Hac Vice*
Email: jake.oneal@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa Street, Suite 3200
Los Angele, CA  90017-5855
Telephone: (213) 612-2372
Facsimile: (213) 612-2499

***ATTORNEYS FOR DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 27, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<i>/s/ Alfred R. Fabricant</i><br>
Alfred R. Fabricant

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

<i>/s/ Alfred R. Fabricant</i><br>
Alfred R. Fabricant