Revised: 9/3/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Marshall DIVISION
APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By Nakisha Love at 12:32 pm, Jun 24, 2022

1. This application is being made for the following: Case # 2:22-cv-00063-JRG-RSP
Style/Parties: Taasera Licensing LLC v. Check Point Software Technologies Ltd.
2. Applicant is representing the following party/ies: Check Point Software Technologies Ltd.
3. Applicant was admitted to practice in CA (state) on 12/22/2014 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○ ⦿ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○ ⦿ ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○ ⦿ been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
ND California, CD California, D Colorado
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Evan Brewer do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 6/22/2022        Signature _____ (/s/Signature)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

**APPLICATION TO APPEAR PRO HAC VICE** (Continued)

Name (please print) Evan Brewer
Bar Number /State 304411/California
Firm Name: Orrick, Herrington & Sutcliffe
Address/P.O. Box: 1000 Marsh Road
City/State/Zip: Menlo Park, CA 94025
Telephone #: 650-614-7497
Fax #: 650-614-7401
E-mail Address: ebrewer@orrick.com
Secondary E-Mail Address: edbrewer@gmail.com

This application has been approved for the court on: __6/24/22__

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By _NakishaLove_
Deputy Clerk

Email Application