# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TAASERA LICENSING LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00063-JRG-RSP |
| | § | |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court, Plaintiff Taasera Licensing LLC and Defendant Check Point Software Technologies Ltd. move, Dkt. No. 18, jointly for an extension of time to provide infringement and invalidity contentions consistent with Local Patent Rules 3-1, 3-2, 3-3, and 3-4 and to provide subject-matter eligibility contentions. Having considered the motion and its joint nature, the motion is **GRANTED** and Taasera may provide Check Point with infringement contentions on or before **July 19, 2022**, and Check Point may provide Taasera with invalidity and subject matter eligibility contentions on or before **September 27, 2022**.

SIGNED this 28th day of June, 2022.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE