# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TAASERA LICENSING LLC,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**CHECK POINT SOFTWARE TECHNOLOGIES LTD.,**<br><br>　　　　**Defendant.** | Case No. 2:22-cv-00063-JRG-RSP |

### NOTICE OF CORRECTED EXHIBITS A - OO TO DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA (DKT. NO. 23)

Defendant Check Point Software Technologies Ltd. ("Check Point") hereby notifies the Court that Corrected Exhibits A – OO are attached hereto. On July 11, 2022, Check Point filed its Motion to Transfer Venue to the Northern District of California (Dkt. No. 23). The Declaration of Jake O'Neal and Exhibits A – OO were attached thereto. Upon filing, the highlights that were intended for certain exhibits, as referenced in the Declaration of Jake O'Neal, were not visible upon filing. For ease of reference, Check Point hereby refiles all Exhibits A – OO with the appropriate highlights as referenced in the Declaration of Jake O'Neal.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 15, 2022 | */s/ Eric H. Findlay* |

Eric H. Findlay
Texas State Bar No. 00789886
FINDLAY CRAFT PC
102 N College Ave, Ste. 900
Tyler, TX 75702
(903) 534-1100
(903) 534-1137
efindlay@findlaycraft.com

Alyssa Caridis
acaridis@orrick.com
Jake O'Neal
jake.oneal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S Figueroa St, Ste 3200
Los Angeles, CA 90017
(650) 614-7497

Clement Seth Roberts
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard St
San Francisco, CA 94105
(415) 773-5700

Evan Brewer
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd
Menlo Park, CA 94025
(650) 614-7497

***Attorneys for Defendant Check Point Software Technologies Ltd.***

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have appeared in this case are being served on July 15, 2022 with a copy of the foregoing via the Court's CM/ECF system.

                                                */s/ Eric H. Findlay*
                                                Eric H. Findlay