IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TAASERA LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CHECK POINT SOFTWARE TECHNOLOGIES LTD.,**<br><br>Defendant. | Case No. 2:22-cv-00063-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Check Point Software Technologies Ltd. ("Check Point") files this Notice of Appearance, and hereby notifies the Court that Debby Gunter, of the law firm Findlay Craft, P.C., 102 North College Avenue, Suite 900, Tyler, Texas 75702, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: dgunter@findlaycraft.com has entered this action as counsel for Check Point. In connection with this notice, Ms. Gunter requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Dated: July 14, 2022

Respectfully submitted,

By: /s/ *Debby Gunter*
Debby Gunter
State Bar No. 24012752
Findlay Craft, P.C.
102 North College Avenue
Suite 900
Tyler, TX  75702
(903) 534-1100
(903) 534-1137 FAX
dgunter@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Debby Gunter*
Debby Gunter