# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC, | § Case No. 2:22-cv-00063-JRG-RSP |
| Plaintiff, | § **JURY TRIAL DEMANDED** |
| v. | § |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD., | § |
| Defendant. | § |

## JOINT MOTION FOR EXTENSION OF TIME TO BRIEFING SCHEDULE FOR DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.'S MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA (DKT. 23)

Plaintiff Taasera Licensing LLC ("Taasera" or "Plaintiff") and Defendant Check Point Software Technologies Ltd. ("Check Point" or "Defendant") hereby stipulate and agree, with the Court's permission, for an extension of time for:

- Taasera to file its Response in Opposition to Check Point's Motion to Transfer Venue to the Northern District of California (Dkt. 23) from July 25, 2022 up to and including **August 8, 2022**; and

- Check Point to file its Reply to Taasera's Response to Check Point's Motion to Transfer Venue to the Northern District of California (Dkt. 23) from August 15, 2022 up to and including **August 29, 2022**.

The Parties respectfully request that the Court grant this Joint Motion and do not file this Joint Motion for purposes of delay, but rather to allow the Parties to adequately address the complexity of the issues associated with the pending Motion and in order that justice be done.

Dated:  July 21, 2022 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　/s/ *Alfred R. Fabricant*
　　　　　　　　　　Alfred R. Fabricant
　　　　　　　　　　NY Bar No. 2219392
　　　　　　　　　　Email: ffabricant@fabricantllp.com
　　　　　　　　　　Peter Lambrianakos
　　　　　　　　　　NY Bar No. 2894392
　　　　　　　　　　Email: plambrianakos@fabricantllp.com
　　　　　　　　　　Vincent J. Rubino, III
　　　　　　　　　　NY Bar No. 4557435
　　　　　　　　　　Email: vrubino@fabricantllp.com
　　　　　　　　　　Joseph M. Mercadante
　　　　　　　　　　NY Bar No. 4784930
　　　　　　　　　　Email: jmercadante@fabricantllp.com
　　　　　　　　　　**FABRICANT LLP**
　　　　　　　　　　411 Theodore Fremd Avenue,
　　　　　　　　　　Suite 206 South
　　　　　　　　　　Rye, New York 10580
　　　　　　　　　　Telephone: (212) 257-5797
　　　　　　　　　　Facsimile: (212) 257-5796

　　　　　　　　　　Justin Kurt Truelove
　　　　　　　　　　Texas Bar No. 24013653
　　　　　　　　　　Email: kurt@truelovelawfirm.com
　　　　　　　　　　**TRUELOVE LAW FIRM, PLLC**
　　　　　　　　　　100 West Houston Street
　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　Telephone: (903) 938-8321
　　　　　　　　　　Facsimile: (903) 215-851

　　　　　　　　　　***ATTORNEYS FOR PLAINTIFF***
　　　　　　　　　　***TAASERA LICENSING LLC***



　　　　　　　　　　*/s/  Eric H. Findlay (with permission)*
　　　　　　　　　　Eric H. Findlay
　　　　　　　　　　Email:  efindlay@findlaycraft.com
　　　　　　　　　　State Bar No. 00789886
　　　　　　　　　　**FINDLAY CRAFT, P.C.**
　　　　　　　　　　102 North College Avenue, Suite 900
　　　　　　　　　　Tyler, Texas  75702
　　　　　　　　　　Telephone: (903) 534-1100
　　　　　　　　　　Facsimile: (903)-534-1137

Clement S. Roberts
Email. croberts@orrick.com
CA State Bar No. 209203
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA  94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Alyssa Caridis
Email:  acaridis@orrick.com
Jake O'Neal (Admitted *Pro Hac Vice*
Email: jake.oneal@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa Street, Suite 3200
Los Angele, CA  90017-5855
Telephone: (213) 612-2372
Facsimile: (213) 612-2499

***ATTORNEYS FOR DEFENDANT***
***CHECK POINT SOFTWARE TECHNOLOGIES LTD.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 21, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Alfred R. Fabricant
Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

/s/ Alfred R. Fabricant
Alfred R. Fabricant