# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TAASERA LICENSING LLC,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>CHECK POINT SOFTWARE<br>TECHNOLOGIES LTD.,<br><br>　　　　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§  Case No. 2:22-cv-00063-JRG-RSP<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court plaintiff Taasera Licensing LLC and defendant Check Point Software Technologies Ltd. move, Dkt. No. 27, jointly to extend the briefing schedule responsive to Check Point's motion to transfer venue, Dkt. No. 23.  Having considered the motion and its joint nature, the motion is **GRANTED**.  Taasera may file its response in opposition to Dkt. No. 23 by August 8, 2022, and Check Point may file a reply to Taasera's response by August 29, 2022.

**SIGNED this 22nd day of July, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE