IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TAASERA LICENSING LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CHECK POINT SOFTWARE TECHNOLOGIES LTD.,**<br><br>**Defendant.** | Case No. 2:22-cv-00063-JRG-RSP |

### DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.'S NOTICE OF COMPLIANCE

Defendant Check Point Software Technologies Ltd. ("Check Point") hereby notifies the Court that pursuant to the Court's Docket Control Order, Dkt. No. 32, it has served its Initial and Additional Disclosures on counsel for Plaintiff Taasera Licensing LLC *via* electronic mail on August 9, 2022.

Dated:  August 10, 2022

By:

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
efindlay@findlaycraft.com
FINDLAY CRAFT PC
102 N College Ave, Ste. 900
Tyler, TX 75702
(903) 534-1100
(903) 534-1137

Alyssa Caridis
acaridis@orrick.com
Jake O'Neal
jake.oneal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S Figueroa St, Ste 3200

1

-2-

        Los Angeles, CA 90017
        (650) 614-7497

        Clement Seth Roberts
        croberts@orrick.com
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        The Orrick Building
        405 Howard St
        San Francisco, CA 94105
        (415) 773-5700

        Evan Brewer
        ebrewer@orrick.com
        ORRICK, HERRINGTON & SUTCLIFFE LLP
        1000 Marsh Rd
        Menlo Park, CA 94025
        (650) 614-7497

        ***Attorneys for Defendant Check Point Software Technologies Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I electronically filed the foregoing **NOTICE OF COMPLIANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                          */s/ Eric H. Findlay*
                                          Eric H. Findlay