# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TAASERA LICENSING LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**CHECK POINT SOFTWARE TECHNOLOGIES LTD.,**<br><br>　　　　**Defendant.** | Case No. 2:22-cv-00063-JRG-RSP |

## DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.'S UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Defendant Check Point Software Technologies Ltd. ("Check Point") respectfully requests the Court to amend the Docket Control Order, showing the Court as follows:

I.

Pursuant to this Court's current Docket Control Order (Dkt. 32), the deadline to Comply with Standing Order regarding Subject Matter Eligibility Contentions is August 30, 2022. The Parties are requesting an extension of four weeks to Comply with Standing Order regarding Subject Matter Eligibility Contentions, as outlined in the below chart.

| Current Deadline | New Deadline | Description |
|---|---|---|
| August 30, 2022 | September 27, 2022 | Comply with Standing Order regarding Subject Matter Eligibility Contentions |

II.

Accordingly, the Defendant requests the Court enter the attached Amended Docket Control Order. This extension should not affect any other aspect of the current schedule.

Dated:  August 30, 2022

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
efindlay@findlaycraft.com
FINDLAY CRAFT PC
102 N College Ave, Ste 900
Tyler, TX 75702
(903) 534-1100
(903) 534-1137

Alyssa Caridis
acaridis@orrick.com
Jake O'Neal
jake.oneal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S Figueroa St, Ste 3200
Los Angeles, CA 90017
(650) 614-7497

Clement Seth Roberts
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard St
San Francisco, CA 94105
(415) 773-5700

Evan Brewer
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd
Menlo Park, CA 94025
(650) 614-7497

***Attorneys for Defendant Check Point Software Technologies Ltd.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 30, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Eric H. Findlay*
Eric H. Findlay

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and Plaintiff is unopposed to the requested relief sought herein.

*/s/ Eric H. Findlay*
Eric H. Findlay