# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TAASERA LICENSING LLC, | § § § § | |
| *Plaintiff*, | | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00063-JRG |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD., | § § § § | CIVIL ACTION NO. 2:22-MD-3042-JRG |
| *Defendant*. | § | |

## ORDER VACATING REFERRAL FOR PRETRIAL MATTERS

The above-entitled and numbered cause of action was referred to the Honorable Roy S. Payne for pretrial purposes. The undersigned hereby **VACATES** the referral of this case to Magistrate Judge Payne for pretrial purposes.

**So ORDERED and SIGNED this 31st day of August, 2022.**

                                               _____
                                               RODNEY GILSTRAP
                                               UNITED STATES DISTRICT JUDGE