IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TAASERA LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CHECK POINT SOFTWARE TECHNOLOGIES LTD.,**<br><br>Defendant. | Case No. 2:22-cv-00063-JRG-RSP |

### DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.'S UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Defendant Check Point Software Technologies Ltd. ("Check Point") respectfully requests the Court to amend the Docket Control Order, showing the Court as follows:

I.

The deadline to Comply with P.R. 3-3 and 3-4 (Invalidity Contentions) and Comply with Standing Order regarding Subject Matter Eligibility Contentions is September 27, 2022. Check Point is requesting an extension of three (3) weeks to Comply with P.R. 3-3 and 3-4 (Invalidity Contentions) and for the Parties to Comply with Standing Order regarding Subject Matter Eligibility Contentions, as outlined in the below chart.

| Current Deadline | New Deadline | Description |
|---|---|---|
| September 27, 2022 | October 18, 2022 | Comply with P.R. 3-3 and 3-4 (Invalidity Contentions) |
| September 27, 2022 | October 18, 2022 | Comply with Standing Order regarding Subject Matter Eligibility Contentions |

II.

Accordingly, the Defendant requests the Court enter the attached Second Amended Docket Control Order. This extension should not affect any other aspect of the current schedule.

Dated:  September 16, 2022

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
Texas State Bar No. 00789886
efindlay@findlaycraft.com
FINDLAY CRAFT, P.C.
102 N. College Ave, Ste 900
Tyler, TX 75702
(903) 534-1100
(903) 534-1137

Alyssa Caridis
acaridis@orrick.com
Jake O'Neal
jake.oneal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S Figueroa St, Ste 3200
Los Angeles, CA 90017
(650) 614-7497

Clement Seth Roberts
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard St
San Francisco, CA 94105
(415) 773-5700

Evan Brewer
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd
Menlo Park, CA 94025
(650) 614-7497

***Attorneys for Defendant Check Point Software Technologies Ltd.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 16, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                              */s/ Eric H. Findlay*
                              Eric H. Findlay

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and Plaintiff is unopposed to the requested relief sought herein.

                              */s/ Eric H. Findlay*
                              Eric H. Findlay