IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § § § |
| THIS DOCUMENT RELATES TO ALL CASES | |

CIVIL ACTION NO. 2:22-MD-03042-JRG

## ORDER

The Court issues this Order *sua sponte*. The Court **VACATES** the Order dated November 2, 2022, deferring a decision on any motion filed pursuant to Federal Rule of Civil Procedure 12(b)(1)–(7) until the time of trial. (Dkt. No. 26).

**So ORDERED and SIGNED this 9th day of November, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE