IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TAASERA LICENSING LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CHECK POINT SOFTWARE TECHNOLOGIES LTD.,**<br><br>Defendant. | MDL Case No. 2:22-md-03042-JRG<br>Civil Case No. 2:22-cv-00063-JRG<br><br>**DEMAND FOR JURY TRIAL**<br><br>**THIS DOCUMENT RELATES TO**<br>**2:22-cv-00063-JRG** |

## DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendant Check Point Software Technologies Ltd. ("Check Point") hereby files this Unopposed Motion to Withdraw As Counsel and respectfully requests that Debby Gunter, of Findlay Craft, P.C., be permitted to withdraw herein as counsel of record for the Check Point. Check Point will continue to be represented by counsel of the firm Findlay Craft, P.C. and Orrick, Herrington, & Sutcliffe LLP.

Granting this Motion will cause no prejudice to any party, or delay in this matter. Plaintiff is unopposed to this withdrawal.

Dated: January 6, 2023

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Alyssa Caridis
acaridis@orrick.com
Jake O'Neal
jake.oneal@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S Figueroa St, Ste 3200
Los Angeles, CA 90017
(650) 614-7497

Clement Seth Roberts
croberts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard St
San Francisco, CA 94105
(415) 773-5700

Evan Brewer
ebrewer@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd
Menlo Park, CA 94025
(650) 614-7497

*Attorneys for Defendant Check Point Software Technologies Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 6, 2023, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                */s/ Eric H. Findlay*
                Eric H. Findlay

-3-

## CERTIFICATE OF CONFERENCE

I hereby certify that the parties met and conferred with respect to this motion and Plaintiff is unopposed to this motion.

*/s/ Eric H. Findlay*
Eric H. Findlay
