## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: TAASERA LICENSING LLC, PATENT LITIGATION | § § § § § § | CIVIL ACTION NO. 2:22-MD-03042-JRG |
| THIS DOCUMENT RELATES TO CIVIL ACTION NO. 2:22-CV-00063-JRG | | |

### ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel (the "Motion") filed by Defendant Check Point Software Technologies Ltd. ("Check Point"). (Case No. 2:22-md-3042, Dkt. No. 74; Case No. 2:22-cv-63, Dkt. No. 63). In the Motion, Check Point requests that the Court withdraw Debby Gunter as counsel of record on behalf of Check Point. (*Id.*).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Debby Gunter be permitted to withdraw as counsel of record for Check Point. It is further **ORDERED** that the Clerk of Court shall terminate Debby Gunter as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 9th day of January, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE